IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR VALENCIA,

            Petitioner,

    v.

JOHN ASHCROFT, et al.,

            Respondents.

NO. C03-5390 TEH

ORDER RE: REAL ID ACT

On May 17, 2005, counsel for Respondents filed a notice of change in law in which Respondents contend that this case must be transferred to the United States Court of Appeals for the Ninth Circuit pursuant to the recently passed REAL ID Act of 2005, Pub. L. No. 109-13, Div. B, §§ 106(a), (c), 119 Stat. 231 (2005). To date, the Court has not yet heard Petitioner's position on this issue. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the parties shall meet and confer regarding whether this case must be transferred to the Ninth Circuit. If the parties agree that transfer is warranted, they shall submit a stipulation and proposed order to do so. If the parties disagree, they shall submit a stipulation and proposed order setting deadlines for filing an opposition brief by Petitioner and a reply brief by Respondents. In either case, the parties shall file their stipulation and proposed order on or before **Monday, June 20, 2005.**

**IT IS SO ORDERED.**

DATED   06/08/05                        /s/
                                                  THELTON E. HENDERSON, JUDGE
                                                  UNITED STATES DISTRICT COURT