| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR VALENCIA,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES; MARK RIORDAN, ACTING DISTRICT DIRECTOR, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, DEPARTMENT OF HOMELAND SECURITY; THOMAS RIDGE, SECRETARY FOR THE DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondents. | No. C 03-5390-TEH<br><br>STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER |

Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby inform the Court that the petitioner does not agree with the respondents' position that the Court should transfer the above-entitled case to the United States Court of Appeals for the Ninth Circuit under the REAL ID Act of 2005. Therefore, pursuant to this Court's June 8, 2005 order, the parties stipulate, subject to the approval of the Court, to the following briefing schedule on the application of the REAL ID Act to this case:

STIPULATION
C 03-5390-TEH                             -1-

| | |
|---|---|
| Petitioner's Oppostion due: | July 8, 2005 |
| Respondents' Reply due: | July 22, 2005 |

Date: June 16, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Respondents

Date: June 16, 2005

/s/
JAMES TODD BENNETT
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/21/05

THELTON E. HENDERSON
United States District Judge

---

[1] I, Edward A. Olsen, hereby attest that both Attorney Bennett and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION
C 03-5390-TEH                    -2-